PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

Attorneys for Plaintiff BASCOM RESEARCH, LLC

Jon W. Gurka (State Bar No. 187964)
jon.gurka@knobbe.com
Reza Mirzaie (State Bar No. 246953)
reza.mirzaie@knobbe.com
Kendall M. Loebbaka (State Bar No. 285908)
kendall.loebbaka@knobbe.com
KNOBBE MARTENS OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone:   (949) 760-0404
Facsimile:    (949) 760-9502

Attorneys for Defendant BROADVISION, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BASCOM RESEARCH, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>BROADVISION, INC.,<br><br>         Defendant. | Case No.:  12-cv-06297-SI<br><br>**STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER** |

Plaintiff Bascom Research, LLC ("Bascom") and Defendant BroadVision, Inc. ("BroadVision"), pursuant to Fed. R. Civ. P. 4l(a)(2) and (c), hereby stipulate for an order that:

1. Any and all claims of Plaintiff Bascom Research, LLC are dismissed WITH PREJUDICE.

2. Defendant BroadVision, Inc.'s counterclaims are dismissed without prejudice, and such counterclaims may only be asserted in response to a complaint asserting infringement of United States Patent Nos. 7,111,232, 7,139,974 and 7,158,971 (the "asserted patents"). BroadVision shall not file any declaratory judgment action concerning the asserted patents unless BroadVision is accused of infringing any of the asserted patents or threatened with a lawsuit concerning any of the asserted patents.

3. The parties further stipulate that, pursuant to the terms of an agreement between the parties, each party agrees to bear its own costs, expenses and attorneys' fees. The Clerk shall close this file.

IT IS SO STIPULATED.

DATED: April 22, 2013        By: /s/ Lisa Kobialka
                             Lisa Kobialka
                             Paul Andre
                             James Hannah
                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                             990 Marsh Road
                             Menlo Park, CA  94025
                             Telephone: (650) 752-1700
                             Facsimile: (650) 752-1800

                             *Attorneys for Plaintiff* BASCOM RESEARCH, LLC

DATED: April 22, 2013        By: /s/ Jon W. Gurka
                             Jon W. Gurka
                             Reza Mirzaie

1

STIPULATION FOR DISMISSAL                                   CASE NO.C-12-06297-SI
AND [PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kendall M. Loebbaka
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Defendant* BROADVISION, INC.

STIPULATION FOR DISMISSAL
AND [PROPOSED] ORDER

2

CASE NO.C-12-06297-SI

**ATTESTATION**

I, Lisa Kobialka, am the ECF User whose ID and password are being used to file this Stipulation for Dismissal and [Proposed] Order.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the concurrence of the filing of this document has been obtained from Jon W. Gurka, counsel for Defendant Broadvision, Inc.

**[PROPOSED] ORDER**

In consideration of the Stipulated Dismissal filed by Plaintiff Bascom Research, LLC ("Bascom") and Defendant BroadVision, Inc. ("BroadVision"), the Stipulated Dismissal is GRANTED, and it is ORDERED that:

1. Any and all claims of Plaintiff Bascom Research, LLC are dismissed with prejudice.

2. Defendant BroadVision, Inc.'s counterclaims are dismissed without prejudice, and such counterclaims may only be asserted in response to a complaint asserting infringement of United States Patent Nos. 7,111,232, 7,139,974 and 7,158,971 (the "asserted patents"). BroadVision shall not file any declaratory judgment action concerning the asserted patents unless BroadVision is accused of infringing any of the asserted patents or threatened with a lawsuit concerning any of the asserted patents.

3. The parties further stipulate that, pursuant to the terms of an agreement between the parties, each party agrees to bear its own costs, expenses and attorneys' fees.

4. The Clerk shall close this file.

Dated: _____4/23/13_____          _____
                                       THE HONORABLE SUSAN ILLSTON
                                       United States District Court Judge

---

STIPULATION FOR DISMISSAL                              CASE NO.C-12-06297-SI
AND [PROPOSED] ORDER

4